UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                       :

UNITED STATES OF AMERICA      :    **FINAL ORDER OF**
                              :    **FORFEITURE**

       -v.-              :

                              :    12 Cr. 078 (PKC)

SAMIR DEKMAK,              :

           Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about July 6, 2016, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 80), which ordered the forfeiture to the United States of all right, title and interest of SAMIR DEKMAK (the "Defendant") in the following property:

    i.   Any and all funds on deposit in account number 810016329 held at Maspeth Federal Savings Bank, and any and all funds traceable thereto;

    ii.   Any and all funds on deposit in account number 50118011011676 held at Maspeth Federal Savings Bank, and any and all funds traceable thereto;

    iii.   Any and all funds on deposit in account number 100163180 held at Maspeth Federal Savings Bank, and any and all funds traceable thereto;

    iv.   Any and all funds on deposit in account number 8011006346 held at Maspeth Federal Savings Bank, and any and all funds traceable thereto;

    v.   Any and all funds on deposit in account number 100161075 held at Maspeth Federal Savings Bank, and any and all funds traceable thereto;

    vi.   Any and all funds on deposit in account number 0100161909 held at Maspeth Federal Savings Bank, and any and all funds traceable thereto; and

    vii.   Any and all funds on deposit in account number 60002730590 held at Ridgewood Savings Bank and any and all funds traceable thereto

notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on August 22, 2024, for thirty (30) consecutive days, through September 20, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 6, 2025 (D.E. 98);

WHEREAS, on or about November 15, 2024, Notice of the Preliminary Order of Forfeiture was sent via certified mail to the following parties:

Maria T. Dekmak
8501 55th Avenue
Elmhurst, NY 11373-4336

Abbas Dekmak
8501 55th Avenue
Elmhurst, NY 11373-4336

(collectively, the "Noticed Parties");

WHEREAS, since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

3

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.    The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
March 6 , 2025

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

4